# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **PETRA WHITE TUBBS,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **JPMORGAN CHASE BANK, N.A.** **and DIMONT & ASSOCIATES, INC.,** | ) ) ) ) | Civil Action No.: 7:14-cv-01361-LSC |
| Defendants, and | ) ) ) |
| v. | ) ) |
| **CORBITT WHITE,** | ) ) |
| Third-Party Defendant. | ) |

## DEFENDANT JPMORGAN CHASE BANK, N.A.'S REQUEST FOR SERVICE BY CERTIFIED MAIL

PLEASE TAKE NOTICE that, pursuant to Rule 4 of the Federal Rules of Civil Procedure, JPMorgan Chase Bank, N.A. ("Chase"), hereby respectfully requests that the Clerk of Court serve the Summons and Chase's Counterclaim and Third-Party Complaint for Declaratory Judgment in the above-styled action (Doc. 16) on the Third-Party Defendant, Corbitt White, by certified U.S. Mail, as follows:

> Mr. Corbitt White
> 329 Whittemore Road
> Jasper, Alabama 35503

{B0713905.1}

This the **16th** day of **December**, 2014.

Attorneys for Defendant and
Counterclaim/Third-Party Plaintiff,
JPMorgan Chase Bank, N.A.:

*/s/ Sandy G. Robinson*
**SANDY G. ROBINSON**
CABANISS, JOHNSTON, GARDNER,
   DUMAS & O'NEAL LLP
Post Office Box 2906
Mobile, Alabama 36652
Telephone: (251) 415-7300
Facsimile: (251) 415-7350
E-Mail: sgr@cabaniss.com

*/s/ Michael E. Turner*
**MICHAEL E. TURNER**

*/s/ Jason W. Bobo*
**JASON W. BOBO**
CABANISS, JOHNSTON, GARDNER,
   DUMAS & O'NEAL LLP
2001 Park Place North, Suite 700
Birmingham, Alabama 35203
Telephone: (205) 716-5200
Facsimile: (205) 716-5389
E-Mail: met@cabaniss.com
           jwb@cabaniss.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and accurate copy of the foregoing **DEFENDANT JPMORGAN CHASE BANK, N.A.'S REQUEST FOR SERVICE BY CERTIFIED MAIL** to be electronically filed with the Clerk of Court for the United States District Court for the Northern District of Alabama, which will send electronic notification of such filing to all counsel of record for Plaintiff Petra White Tubbs and Defendant Dimont & Associates, Inc., as follows:

This the **16**[th] day of **December**, **2014**.

>  */s/ Michael E. Turner*
>  **OF COUNSEL**