# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

## THIRD-PARTY SUMMONS

| | |
|---|---|
| PETRA WHITE TUBBS, ) | |
| ) | |
| Plaintiff, ) | (Issued pursuant to Rule 4 of |
| ) | the Federal Rules of Civil Procedure |
| v. ) | or other appropriate law.) |
| ) | |
| JPMORGAN CHASE BANK, N.A. and ) | |
| DIMONT & ASSOCIATES, INC., ) | |
| ) | |
| Defendants, and ) | CASE NUMBER: |
| ) | 7:14-CV-01364-LSC |
| v. ) | |
| ) | |
| CORBITT WHITE, ) | |
| ) | |
| Third-Party Defendant. ) | |

**TO THE ABOVE-NAMED THIRD-PARTY DEFENDANT:**

Corbitt White, 329 Whittemore Road, Jasper, Alabama 35503

**You are hereby summoned and required to serve upon plaintiff's attorney:**

Jody F. Jackson, Esq., Jackson & Jackson, 2100 Southbridge Parkway, Suite 650, Birmingham, AL 35209; (205) 414-7467

**And upon defendant and third-party plaintiff's attorney:**

Mark Sabel, Esq., SABEL LAW FIRM, L.L.C., P. O. Box 231348, Montgomery, AL 36123; (334) 546-2161 (attorney for Dimont & Associates, Inc.)

Michael E. Turner, Esq., Cabaniss, Johnston, Gardner, Dumas & O'Neal, LLP, 2001 Park Place North, Suite 700, Birmingham, AL 35203; (205) 716-5200 (attorney for third-party defendant)

a response to the third-party summons which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD-PARTY COMPLAINT.** There is also served upon you herewith a copy of the complaint of the plaintiff which you may, but are not required to answer. A signed copy of your response MUST be filed with the court.

DATE: 12/18/14

SHARON N. HARRIS CLERK

By _____
Deputy Clerk

(SEAL OF COURT)

**NOTE: A separate summons must be prepared for each defendant.**

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

{B0713912.1}